



# MEMORANDUM OPINION

No. 04-10-00485-CV

## THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF E.R.D.

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2010-MH-1339
Honorable Polly Jackson Spencer, Judge Presiding

PER CURIAM

Sitting:  Rebecca Simmons, Justice
     Steven C. Hilbig, Justice
     Marialyn Barnard, Justice

Delivered and Filed:  August 18, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal.  The motion contains a certificate of service to the Bexar County Criminal District Attorney's Office who has not opposed the motion.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM